## ANON.

*If a special motion be not made at as early a day as with ordinary diligence it can be presented, an excuse must be shewn for the laches, notwithstanding the frequent recurrence of special motion days; and such excuse must be shewn by affidavit and served on the opposite party.*

August 5th.      A question arose, whether under the new organization of the business of the court, allowing special motion days twice in each month, parties would be held to the same practice which has heretofore prevailed, requiring special motions to be made at the earliest day after the occurring of an irregularity or the happening of an event rendering an application to the court necessary?

Mr. Justice MARCY said, that though the court would be more indulgent than formerly in consequence of the frequent opportunities afforded for the dispatch of business of this kind, still, as they were desirous to prevent the accumulation of it, they would require an excuse to be shewn if motions were not made at as early a day as they might with ordinary diligence have been presented; which excuse must be shewn by affidavit, and served on the opposite party.